UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:_____

ALTON FLORIDA PROPERTIES, INC.,

    Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

### NOTICE OF FILING NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1446(d)

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY ("Defendant"), pursuant to 28 U.S.C. §1446(d), hereby gives notice to the Clerk of this Court and all adverse parties as to the filing of its Notice of Removal in the above-styled action, and states as follows:

    1.    Plaintiff, ALTON FLORIDA PROPERIES, INC., instituted this action against Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 14-027856-CA-01.

    2.    Pursuant to 28 U.S.C. §1332, Defendant has filed a Notice of Removal with the United States District Court, Southern District of Florida, attached as ***Exhibit "1"*** along with related filings, in order to effectuate the removal of this action to that court.

WHEREFORE, Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, gives formal notice to the Clerk and all adverse parties as required by 28 U.S.C. 1446(d).

Respectfully submitted,

/s/ Lauren D. Levy
LAUREN D. LEVY, ESQ.
Florida Bar No.:  0116490
lauren@levylawgroup.com
LEVY LAW GROUP
3399 Ponce de Leon Blvd.
Suite 202
Coral Gables, Florida 33134
Telephone:   (305) 444-1500
Facsimile:     (305) 503-9295
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **February 18, 2015**, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to:

Ryan Sherman
Sherman Law, P.A.,
4000 Hollywood Blvd, Suite 265-S,
Hollywood, Florida 33145
RHS@ShermanLawPA.com and EserviceSLPA@gmail.com

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Lauren D. Levy
LAUREN D. LEVY