UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:_____

ALTON FLORIDA PROPERTIES, INC.,

    Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL AND SUPPORTING MEMORANDUM OF LAW

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY ("Defendant") pursuant to 28 U.S.C. §1441, removes the case now pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, styled *ALTON FLORIDA PROPERTIES, INC. v. ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY*, Case No. 14-027856-CA-01, and states as follows:

    1.    Plaintiff, ALTON FLORIDA PROPERTIES, INC., instituted this action against ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 14-027856-CA-01, on or about October 30, 2014. Plaintiff's current action is pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County. That court is within the Civil Division of the United States District Court for the Southern District of Florida. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332.

2. At the time the action was commenced, at the present time, and at all times material to this action, ALTON FLORIDA PROPERTIES, INC., is a Florida Corporation and Plaintiff's domicile and citizenship is Florida.

3. At the time the action was commenced, at the present time, and at all times material to this action, the proper Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, is a Delaware corporation with its principal place of business in New York, and is authorized to do business in the State of Florida. A copy of the Affidavit of Lauren D. Levy, Esq. is marked as **Exhibit "1"** attached hereto and incorporated herein by reference.

5. At no time material to this action were the parties citizens of or domiciled in the same state.

6. The amount in controversy is alleged in the Plaintiff's Complaint that it exceeds $15,000.00 exclusive of interest, costs and fees. See ¶1 of Plaintiff's Complaint.

7. However, on December 31, 2014, Defendant filed and served a Request for Admission on the Plaintiff to determine the amount-in-controversy in this action. A copy of Defendant's December 31, 2014 Request for Admission is marked as **Exhibit "2"** attached hereto and incorporated herein by reference.

8. On February 11, 2015 Plaintiff responded to Defendant's Request for Admission admitting that the damages at issue exceed the jurisdictional requirements for this Court. A copy of Plaintiff's February 11, 2015 Response to Defendant's Request for Admission is marked as **Exhibit "3"**, attached hereto and incorporated herein by reference.

9. ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY has thus established the amount in controversy as being in excess of $75,000.00 for purposes of jurisdiction pursuant to 28 U.S.C. §1332 and *Federated Mut. Ins. Co. v. McKinnon Motors, LLC,* 329 F.3d 805 (11th Cir. 2003).

10. Accordingly, this action is removable because there is diversity of citizenship and the jurisdictional amount in controversy is satisfied.

11. Pursuant to 28 U.S.C. §1446(d), ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY has provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

## MEMORANDUM OF LAW

Plaintiff has filed a Complaint asserting an action against ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY. ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY seeks removal of the action pursuant to 28 U.S.C. §1332. The diversity of the parties is clear, as ALTON FLORIDA PROPERTIES, INC., is a Florida corporation and has citizenship and is domiciled in Florida, while ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY is a Delaware corporation with its principal place of business in New York. The preponderance of the evidence establishes that the amount in controversy is at least $75,000.00, as set forth in the Defendant's Request for Admission, Plaintiff's Response to Request for Admission and the Affidavit of Lauren D. Levy.

WHEREFORE, Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, prays that this Honorable Court exercise jurisdiction over this matter.

Respectfully submitted,

/s/ Lauren D. Levy
LAUREN D. LEVY, ESQ.
Florida Bar No.: 0116490
lauren@levylawgroup.com
LEVY LAW GROUP
3399 Ponce de Leon Blvd.
Suite 202
Coral Gables, Florida 33134
Telephone: (305) 444-1500
Facsimile: (305) 503-9295
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 18, 2015**, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to:

Ryan Sherman
Sherman Law, P.A.,
4000 Hollywood Blvd, Suite 265-S,
Hollywood, Florida 33145
RHS@ShermanLawPA.com and EserviceSLPA@gmail.com

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Lauren D. Levy
LAUREN D. LEVY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:_____

ALTON FLORIDA PROPERTIES, INC.,

    Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

### AFFIDAVIT OF LAUREN D. LEVY IN SUPPORT OF REMOVAL

STATE OF FLORIDA    )

COUNTY OF MIAMI-DADE)

    BEFORE ME, the undersigned authority, personally appeared LAUREN D. LEVY who, after first being duly sworn, deposes and says:

    1.    My name is LAUREN D. LEVY. I am counsel for ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY. I have been authorized by Defendant to execute this Affidavit on its behalf.

    2.    I am over the age of eighteen (18) and *sui juris,* and competent to give this Affidavit under penalty of perjury.

    3.    I understand that this Affidavit may be used by Defendant in conjunction with pleadings and motions in the above lawsuit, including the Removal of this action from Florida state court into the United States District Court, Southern District of Florida, and I consent to its use for all such purposes.

4. I hereby attest to the fact that a copy of the Notice of Removal to Opposing Counsel was delivered on **February 18, 2015**.

5. I hereby attest to the fact that on December 31, 2014 Defendant filed and served the attached Request for Admission on Plaintiff to determine the amount-in controversy in the action. *A copy of Defendant's Request for Admission is attached as* ***Exhibit "1"***.

6. I hereby attest to the fact that on February 11, 2015 I received the attached Plaintiff's Response to Request for Admissions. *A copy of Plaintiff's February 11, 2015 Response to Request for Admission is attached as* ***Exhibit "2"***.

7. I also attest that Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY is a Delaware corporation with its principal place of business in New York.

FURTHER AFFIANT SAYETH NOT.


LAUREN D. LEVY

SWORN TO AND SUBSCRIBED BEFORE ME this **18th day of February, 2015**, by LAUREN D. LEVY, who is personally known to me ✗ OR ____ who has produced

* as identification.

*List type of identification produced or "N/A," whichever is applicable.

NOTARY PUBLIC
State of Florida at Large

My Commission Expires:

Fj  # 22093311 E-Filed 12/31/2014 02:56:02 PM

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CIVIL DIVISION

ALTON FLORIDA PROPERTIES, INC.,

CASE NO.: 2014-027856 CA 01

Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

Defendant.
_____/

### REQUEST FOR ADMISSIONS

PURSUANT to the Florida Rules of Civil Procedure, and especially Rule 1.370 thereof, Plaintiff, ALTON FLORIDA PROPERTIES, INC. is requested to admit each of the following numbered requests or respond thereto as required by said rule. Failure to respond within thirty (30) days shall be deemed an admission of each request.

1. Admit that ALTON FLORIDA PROPERTIES, INC. is seeking damages in excess of $75,000.00 exclusive of interest, attorneys' fees and costs in this case.

Respectfully submitted

LAUREN D. LEVY, ESQ.
Florida Bar No.: 0116490
lauren@levylawgroup.com
LEVY LAW GROUP
3399 Ponce de Leon Blvd.
Suite 202
Coral Gables, Florida 33134
Telephone:   (305) 444-1500
Facsimile:   (305) 503-9295
Attorneys for Defendant

Filing # 23658634 E-Filed 02/11/2015 04:25:00 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2014-027856 CA 01

ALTON FLORIDA PROPERTIES, INC.,

    Plaintiff,

vs.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY, a foreign corporation,

    Defendant.

_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S REQUEST FOR ADMISSIONS

**COMES NOW**, Plaintiff, ALTON FLORIDA PROPERTIES, INC., by and through its undersigned counsel and pursuant to the Florida Rules of Civil Procedure, hereby responds to Defendant's Request for Admissions as follows:

1. Admitted.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was sent via email February 11, 2015, to: Lauren D. Levy, Esq., LEVY LAW GROUP, 3399 Ponce de Leon Blvd., Suite 202, Coral Gables, Florida 33134; Telephone: (305) 444-1500, Facsimile: (305) 503-9295; Email: lauren@levylawgroup.com.

                                              Sherman Law, P.A.
                                              Attorney for Plaintiff
                                              4000 Hollywood Blvd., Suite 265- S
                                              Hollywood, FL 33021
                                              Office:  (954) 894-8000
                                              Direct:  (305) 494-6345
                                              Fax:     (305) 397-1725

                                      By:     */s/ Ryan Sherman*
                                                RYAN SHERMAN, Esq.
                                                Florida Bar No.: 686271
                                              JULIO MARTINEZ, Esq.
                                              Florida Bar No.: 085128
                                              Eservice: EserviceSLPA@gmail.com

Filing # 22093311 E-Filed 12/31/2014 02:56:02 PM

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

ALTON FLORIDA PROPERTIES, INC.,

CIVIL DIVISION

    Plaintiff,

CASE NO.: 2014-027856 CA 01

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## REQUEST FOR ADMISSIONS

PURSUANT to the Florida Rules of Civil Procedure, and especially Rule 1.370 thereof, Plaintiff, ALTON FLORIDA PROPERTIES, INC. is requested to admit each of the following numbered requests or respond thereto as required by said rule. Failure to respond within thirty (30) days shall be deemed an admission of each request.

1.    Admit that ALTON FLORIDA PROPERTIES, INC. is seeking damages in excess of $75,000.00 exclusive of interest, attorneys' fees and costs in this case.

Respectfully submitted

LAUREN D. LEVY, ESQ.
Florida Bar No.: 0116490
lauren@levylawgroup.com
LEVY LAW GROUP
3399 Ponce de Leon Blvd.
Suite 202
Coral Gables, Florida 33134
Telephone:  (305) 444-1500
Facsimile:  (305) 503-9295
Attorneys for Defendant



EXHIBIT 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronic served to Ryan Sherman, Esquire (RHS@ShermanLawPA.com), Julio Martinez, Esquire (EserviceSLPA@gmail.com), Sherman Law, P.A., 4000 Hollywood Blvd, Suite 265-S, Hollywood, Florida 33145 **on this 31st day of December, 2014.**

_____
LAUREN D. LEVY

Filing # 23658634 E-Filed 02/11/2015 04:25:00 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2014-027856 CA 01

ALTON FLORIDA PROPERTIES, INC.,

    Plaintiff,

vs.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

### PLAINTIFF'S REPLY TO DEFENDANT'S REQUEST FOR ADMISSIONS

**COMES NOW**, Plaintiff, ALTON FLORIDA PROPERTIES, INC., by and through its undersigned counsel and pursuant to the Florida Rules of Civil Procedure, hereby responds to Defendant's Request for Admissions as follows:

1. Admitted.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was sent via email February 11, 2015, to: Lauren D. Levy, Esq., LEVY LAW GROUP, 3399 Ponce de Leon Blvd., Suite 202, Coral Gables, Florida 33134; Telephone: (305) 444-1500, Facsimile: (305) 503-9295; Email: lauren@levylawgroup.com.

    Sherman Law, P.A.
    Attorney for Plaintiff
    4000 Hollywood Blvd., Suite 265-S
    Hollywood, FL 33021
    Office:  (954) 894-8000
    Direct:  (305) 494-6345
    Fax:    (305) 397-1725

    By:    */s/ Ryan Sherman*
            RYAN SHERMAN, Esq.
            Florida Bar No.: 686271
            JULIO MARTINEZ, Esq.
            Florida Bar No.: 085128
            Eservice: EserviceSLPA@gmail.com



EXHIBIT 3