UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:1:15-cv-20653-JAL

ALTON FLORIDA PROPERTIES, INC.,

Plaintiff,

v.

ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF SERVING SEPTEMBER 22, 2015**
**OFFER OF JUDGMENT/PROPOSAL FOR SETTLEMENT**

    Defendant, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, by and through its undersigned counsel, hereby gives notice to this Court that on September 22, 2015 it served on Plaintiff an Offer of Judgment/Proposal for Settlement.

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing has been served electronically on Ryan Sherman, Esq., Sherman Law, P.A., 4000 Hollywood Boulevard, #265-S, Hollywood, Florida 33021 (eserviceSLPA@gmail.com) the above-named addressee e-filing on **September 22, 2015**.

    LEVY LAW GROUP, P.A.

    /s/ Lauren D. Levy_____

    LAUREN D. LEVY, ESQ.
    Florida Bar No.: 0116490
    LEVY LAW GROUP, P.A.
    lauren@levylawgroup.com
    3399 Ponce de Leon Blvd.
    Suite 202
    Coral Gables, Florida  33134
    Telephone:   (305) 444-1500
    Facsimile:    (305) 503-9295
    *Attorneys for Defendant*